# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Christopher D Hall | ) | Chapter 13 |
| | ) | Case No. 19 B 31136 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Christopher D Hall
2831 Northampton Dr, Apt 101
Rolling Meadows, IL 60008

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On January 14, 2020 at 11:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, December 18, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 10/31/2019.

2. The debtor(s) have failed to commit all disposable income to the plan.

3. Debtor has failed to include a step payment once the 401K loan is paid in full.

4. Debtor has failed to amend Schedule D to mark the nature of the lien.

5. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE